LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:        (714) 848-7920
Facsimile:    (714) 908-7807
Email:        bankruptcy@zievelaw.com

Attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-6

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In re:

Alicia B. Fernandez,

            Debtor.

Case No.: 14-43928

Chapter: 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**Confirmation Hearing:**
Date:    Not set
Time:    Not set
Place:   Courtroom 215
        U.S. Bankruptcy Court
        1300 Clay Street
        Oakland, CA 94612

     **TO THE HONORABLE CHARLES NOVACK, DEBTOR, DEBTOR'S**

**ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE AND ALL OTHER**

**INTERESTED PARTIES:**

     U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank,

N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates,

Series 2005-6 ("Secured Creditor"), as serviced by Ocwen Loan Servicing, LLC, hereby submits

1

the following Objection to confirmation of the Chapter 13 Plan filed by Debtor Alicia B. Fernandez ("Debtor").

Secured Creditor is the holder of the first Deed of Trust on Debtor's real property residence located at **22830 First Street, Hayward, California 94541** ("Property").

SEE SECURED CREDITOR'S REQUEST FOR JUDICIAL NOTICE OF THE DEED OF TRUST, **EXHIBIT "1"**, THE NOTE, **EXHIBIT "2"** AND THE ASSIGNMENTS OF DEED OF TRUST, **EXHIBIT "3"**.

As of September 26, 2014, the date that the instant bankruptcy was filed, the amount in default was approximately $55,543.28. This estimated pre-petition arrears amount represents missed monthly payments, late charges and fees and costs associated with foreclosure proceedings. Secured Creditor intends on filing a proof of claim in support of the aforementioned pre-petition arrears amount prior to the proof of claim deadline. Debtor's payment plan fails to provide for the arrears amount. To provide for all of Secured Creditor's pre-petition arrears over 60 months, Debtor would need to increase her monthly plan payment by minimum of $925.72 per month.

Debtor's current intention is to obtain a loan modification but Secured Creditor can find no evidence of a loan modification pending. As no modification is pending, Debtor's plan cannot be premised on a loan modification.

If Debtor asserts a loan modification is pending, Secured Creditor believes Debtor should file a declaration attesting to when a loan modification application was submitted to Secured Creditor. Pursuant to the Northern Guidelines Regarding Residential Loan Modifications in the sister courts of San Jose and San Francisco, any plan premised on a loan modification requires that the Debtor file a declaration regarding the same by no later than the 341a hearing. To date, there is no declaration filed stating when a loan modification request was made, the current status and the present unmodified balances.

///

///

///

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the objection specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Chapter 13 Plan proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Chapter 13 Plan proposed by Debtor be denied.

2. In the event the court is otherwise inclined to confirm the Plan in this case, that confirmation be conditioned upon the Plan providing that the pre-petition default to Secured Creditor set forth in its claim (i.e. $55,543.28) be fully amortized and paid in full within 60 months.

3. For such further relief as the Court deems appropriate.

Dated: November 13, 2014                    LAW OFFICES OF LES ZIEVE

                                                            /s/ Brian H. Tran
                                                            Brian H. Tran
                                                            Attorney for Secured Creditor, U.S. Bank National
                                                            Association, as Trustee, successor in interest to
                                                            Wachovia Bank, N.A., as Trustee for Banc of
                                                            America Funding Corporation Mortgage
                                                            Pass-Through Certificates, Series 2005-6